ACCESS FOR THE DISABLED, INCORPORATED, a Florida not for profit corporation; Denise Payne, Plaintiffs–Appellants,

v.

KARAN KRISHNA, LLC, a North Carolina Domestic Company, Defendant–Appellee.

No. 11–1224.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2011.

Decided: Nov. 10, 2011.

---

Christopher D. Lane, Thomas B. Bacon, PA, Clemmons, North Carolina, for Appellants. W. John Cathcart, Jr., Brown, Crump, Vanore & Tierney, L.L.P., Raleigh, North Carolina, for Appellee.

Before GREGORY and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denise Payne and Access for the Disabled, Inc., appeal the district court's order dismissing their claims arising under Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181–12189 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Payne v. Karan Krishna, L.L.C.,* No. 5:10–cv–00123–WW, 2011 WL 846854 (E.D.N.C. Mar. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*